**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** <br>                              **Plaintiff,** <br> v. <br> **DANIEL V.T. CATENACCI,** <br>                              **Defendant.** | Case No. 1:21-cv-06718 |

**UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT DANIEL V.T. CATENACCI PURSUANT TO CONSENT**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully moves this Court for entry of Final Judgment, pursuant to settlement and consent, against Defendant Daniel V.T. Catenacci in the proposed form attached hereto as Exhibit 1. The proposed Final Judgment would order permanent injunctive relief against him and order him to pay a civil penalty of $50,000.

In support of this motion, the SEC states as follows:

1. On December 17, 2021, the SEC filed a complaint alleging that Catenacci violated Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), and Rule 10b-5 promulgated thereunder, by engaging in insider trading in the securities of Five Prime Therapeutics, Inc. (Dkt. No. 1.)

2. On December 27, 2021, the Court entered a partial judgment against Catenacci by consent, pursuant to which Catenacci was enjoined from violating Section 10(b) of the Exchange Act and Rule 10b-5 thereunder. (Dkt. No. 11.) That judgment reserved for later determination by the Court of the appropriate civil penalty to impose against Catenacci. (*Id.* at 2.)

3. Catenacci subsequently signed and submitted an offer to settle the SEC's remaining claim for financial relief, which offer the SEC's Commissioners have accepted. Catenacci's Consent is attached hereto as Exhibit 2.

4. The SEC moves for, and Catenacci consents to, the entry of a Final Judgment against him that:

   a. permanently restrains and enjoins him from violating Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)], and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]; and

   b. orders him to pay a civil penalty of $50,000 pursuant to the payment schedule set forth in paragraph III of the Final Judgment.

5. The Final Judgment, if approved and entered by the Court, will fully and finally resolve the SEC's claim in this action against Catenacci, and there will be no more unresolved claims or issues in this litigation.

WHEREFORE, the SEC respectfully requests that the Court grant this motion and enter the proposed Final Judgment attached hereto as Exhibit 1.

Dated: August 17, 2023

Respectfully submitted,

By: s/ *David Zhou*
David Zhou (Admitted *pro hac vice*)
Madiha M. Zuberi (Admitted *pro hac vice*)
U.S. SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, CA 94104
Phone: (415) 705-2500

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing document was filed with the Court's ECF/CM system on: August 17, 2023, which will automatically cause a copy of the document to be electronically served on all counsel of record.

s/ <i>David Zhou</i>